IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02357-LTB-MEH

CHANDA COVAK,

     Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2009.**

     The Stipulated Motion for Entry of Protective Order [filed January 28, 2009; docket #7] is **granted**. The Protective Order is accepted by the Court and entered contemporaneously with this Minute Order.