**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-02357-LTB-MEH

CHANDA COVAK,

        Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, INC., a Minnesota corporation,

        Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 18 - filed February 17, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: February 18, 2009